UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| DWAYNE MILNE AND JACLYNN PAUL as GUARDIANS OF B.M., | ) ) ) | Civ. No.: 5:22-cv-05017-JLV |
| Plaintiff, | ) ) ) | **NOTICE OF APPEARANCE** |
| vs. | ) ) | |
| DR. GREG GADEN, REBECCA LEEDS, HOLLIE HOFFMAN, CHARLIE SERSEN, KARN BAKER, BROOKE CHENEY, JAIMIE MUTTER, LEAH LUDWIG, JESSICA CULLUM, UNKNOWN STAFF AT KNOLLWOOD ELEMENTARY, DR. LORI SIMON, RAPID CITY AREA SCHOOL DISTRICT, RAPID CITY SCHOOL BOARD, SOUTH DAKOTA DEPARTMENT OF EDUCATION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

NOTICE IS HEREBY GIVEN that the undersigned attorney hereby makes appearance as counsel on behalf of the Plaintiffs, Dwayne Milne and Jaclynn Paul, as Guardians of B.M., and requests notice of all hearings and copies of all pleadings in connection with the above-captioned action.

Dated this 6th day of May, 2022.

BEARDSLEY, JENSEN & LEE,
Prof. L.L.C

By:/s/ *Conor P. Casey*
Steven C. Beardsley

1

                                        Elliot J. Bloom
                                        Conor P. Casey
                                        4200 Beach Drive, Suite 3
                                        P.O. Box 9579
                                        Rapid City, SD  57709
                                        Telephone: (605) 721-2800
                                        Facsimile: (605) 721-2801
                                        Email: sbeards@blackhillslaw.com
                                        ebloom@blackhillslaw.com
                                        ccasey@blackhillslaw.com
                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of May, 2022, a true and correct copy of the foregoing has been served on the following by the following means:

| | | |
|---|---|---|
| Robert B. Anderson | [ ] | First Class Mail |
| Justin L. Bell | [ ] | Hand Delivery |
| May, Adam, Gerdes & Thompson, LLP | [X] | CM/ECF Filing System |
| PO Box 160 | [ ] | Electronic Mail |
| Pierre, SD 57501-0160 | | |
| rba@mayadam.net | | |
| jlb@mayadam.net | | |

                                        *Conor P. Casey*
                                        Conor P. Casey