IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DWAYNE MILNE AND JACLYNN PAUL AS GUARDIANS OF B.M., <br><br>    Plaintiff, <br><br> vs. <br><br> DR. GREG GADEN, REBECCA LEEDS, HOLLIE HOFFMAN, CHARLIE SERSEN, KARN BAKER, BROOKE CHENEY, JAIMIE MUTTER, LEAH LUDWIG, JESSICA CULLUM, UNKNOWN STAFF AT KNOLLWOOD ELEMENTARY, DR. LORI SIMON, RAPID CITY AREA SCHOOL DISTRICT, RAPID CITY SCHOOL BOARD, SOUTH DAKOTA DEPARTMENT OF EDUCATION, <br><br>    Defendants. | File No. 22-CV-5017-LLP <br><br><br> **RCASD Defendants' Motion to Dismiss** |

    Defendants, Dr. Greg Gaden, Rebecca Leeds, Hollie Hoffman, Charlie Sersen, Karn Baker, Brooke Cheney, Jaimie Mutter, Leah Ludwig, Jessica Cullum, Unknown Staff at Knollwood Elementary, Dr. Lori Simon, Rapid City Area School District, and Rapid City School Board (hereinafter "RCASD Defendants"), by and through their attorneys of record, respectfully move this Court for dismissal of the above-captioned action in its entirety against the RCASD Defendants, on the grounds and for the reasons that Plaintiffs' complaint fails to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6). This motion is supported by the *Memorandum in Support of RCASD Defendants' Motion to Dismiss* filed herewith.

Page 1 of 3

Milne v. Gaden, et al.      RCASD Defendants' Mtn to Dismiss
22-CV-5017-LLP

WHEREFORE, the RCASD Defendants respectfully request that the Court GRANT this motion and dismiss the action in its entirety as to the RCASD Defendants.

Dated this 9th day of June, 2022.

>BANGS, MCCULLEN, BUTLER,
>FOYE & SIMMONS, L.L.P.
>
>BY: */s/ Michael M. Hickey*
>    MICHAEL M. HICKEY
>    SARAH BARON HOUY
>    ERIN SCOENBECK BYRE
>    333 West Boulevard, Suite 400
>    P.O. Box 2670
>    Rapid City, SD  57709-2670
>    (605) 343-1040
>    mhickey@bangsmccullen.com
>    sbaronhouy@bangsmccullen.com
>    erin@bangsmccullen.com
>    ***ATTORNEYS FOR RCASD DEFENDANTS***

## CERTIFICATE OF SERVICE

    The undersigned certifies that on June 9, 2022, he caused a true and correct copy of the above to be served upon the person identified below as follows:

|     |     |     |     |
| --- | --- | --- | --- |
| [ ] | First Class Mail | [ ] | Overnight Mail |
| [ ] | Hand Delivery | [ ] | Facsimile |
| [ ] | Electronic Mail | [X] | ECF System |

Steven C. Beardsley / Conor P. Casey / Elliot J. Bloom
BEARDSLEY, JENSEN & LEE, PROF. LLC
4200 Beach Drive, Suite 3
PO Box 9579
Rapid City, SD  57709
sbeards@blackhillslaw.com
ccasey@blackhillslaw.com
ebloom@blackhillslaw.com
ATTORNEYS FOR PLAINTIFFS

Robert B. Anderson / Justin L. Bell
MAY, ADAM, GERDES & THOMPSON LLP
503 South Pierre Street
Pierre, South Dakota 57501-0160
rba@mayadam.net
jlb@mayadam.net
ATTORNEYS FOR DEFENDANT DOE

                                               */s/ Michael M. Hickey*
                                               MICHAEL M. HICKEY