As of July 5th, 2022, we have terminated services with Steven Beardsley @ Beardsley, Jensen & Lee regarding CASE 5:22-cv-05017-JLV.

Myself, Dwayne Milne & my wife Jaclynn Paul are doing a Pro Se on our son's lawsuit until we find a new lawfirm to take over to finish the case.

This is a Pro Se for CASE 5:22-cv-05017-JLV by the parents of Brady Milne, that being Dwayne Milne & Jaclynn Paul, on this day, 7 July, 2022.

We desire to proceed Pro-Se while we seek new counsel to represent our son under local rule 83.7 withdrawl of counsel without substitution.

Dwayne Milne
7 July, 2022

Sent from Yahoo Mail on Android