UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DWAYNE MILNE AND JACLYNN PAUL as GUARDIANS OF B.M., <br><br> Plaintiff, <br><br> vs. <br><br> DR. GREG GADEN, REBECCA LEEDS, HOLLIE HOFFMAN, CHARLIE SERSEN, KARN BAKER, BROOKE CHENEY, JAIMIE MUTTER, LEAH LUDWIG, JESSICA CULLUM, UNKNOWN STAFF AT KNOLLWOOD ELEMENTARY, DR. LORI SIMON, RAPID CITY AREA SCHOOL DISTRICT, RAPID CITY SCHOOL BOARD, SOUTH DAKOTA DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civ. No. 5:22-cv-05017-LLP <br><br><br> **AFFIDAVIT IN SUPPORT OF** <br><br> **MOTION TO WITHDRAW** |

STATE OF SOUTH DAKOTA )
                                   ) §
COUNTY OF PENNINGTON )

       COMES NOW Elliot J. Bloom, being first duly sworn upon his oath, deposes and states as follows:

       1.    Affiant is a partner with the law firm of Beardsley, Jensen & Lee, Prof. L.L.C.

       2.    Beardsley, Jensen & Lee, Prof. L.L.C., was retained to represent Dwayne Milne and Jaclynn Paul as Guardians of B.M., in the above-captioned matter.

1

3. During the course of Beardsley, Jensen & Lee, Prof. L.L.C.'s representation of Dwayne Milne and Jaclynn Paul as Guardians of B.M., an irreversible breakdown of the relationship between counsel and the Plaintiffs has developed.

4. A copy of the Motion to Withdraw and Affidavit in Support of Motion to Withdraw have been provided to the Plaintiffs, who have filed a termination of services with the Court. (See Doc. 40)

FURTHER YOUR AFFIANT SAYETH NOT.

Dated this 8th day of July, 2022.

_____
Elliot J. Bloom

STATE OF SOUTH DAKOTA   )
                        ) §
COUNTY OF PENNINGTON    )

Subscribed and sworn to before me by Elliot J. Bloom this 8th day of July, 2022.

_____
Notary Public
My Commission Expires: August 17, 2022

(SEAL) ERIN L. HILL
Notary Public
SOUTH DAKOTA

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2022, a true and correct copy of the foregoing has been served on the following by the following means:

| | |
|---|---|
| Robert B. Anderson<br>Justin L. Bell<br>May, Adam, Gerdes & Thompson, LLP<br>PO Box 160<br>Pierre, SD 57501-0160<br>rba@mayadam.net<br>jlb@mayadam.net | [ ] First Class Mail<br>[ ] Hand Delivery<br>[X] CM/ECF Filing System<br>[ ] Electronic Mail |
| Jaclynn Paul & Dwayne Milne<br>3233 Johnston Ln.<br>Rapid City, SD 57703 | [X] First Class Certified Mail<br>[ ] Hand Delivery<br>[X] CM/ECF Filing System<br>[X] Electronic Mail |

/s/ Elliot J. Bloom

Elliot J. Bloom

3