IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DWAYNE MILNE AND JACLYNN PAUL AS GUARDIANS OF B.M., <br><br> Plaintiff, <br><br> vs. <br><br> DR. GREG GADEN, REBECCA LEEDS, HOLLIE HOFFMAN, CHARLIE SERSEN, KARN BAKER, BROOKE CHENEY, JAIMIE MUTTER, LEAH LUDWIG, JESSICA CULLUM, UNKNOWN STAFF AT KNOLLWOOD ELEMENTARY, DR. LORI SIMON, RAPID CITY AREA SCHOOL DISTRICT, RAPID CITY SCHOOL BOARD, SOUTH DAKOTA DEPARTMENT OF EDUCATION, <br><br> Defendants. | File No. 22-CV-5017-LLP <br><br><br> **RCASD Defendants' Motion to Extend Reply Brief Deadline** |

COMES NOW, Defendants, Dr. Greg Gaden, Rebecca Leeds, Hollie Hoffman, Charlie Sersen, Karn Baker, Brooke Cheney, Jaimie Mutter, Leah Ludwig, Jessica Cullum, Unknown Staff at Knollwood Elementary, Dr. Lori Simon, Rapid City Area School District, and Rapid City School Board (hereinafter "RCASD Defendants"), by and through their attorneys of record, and respectfully move the Court for an Order extending the deadline for their Reply Brief regarding RCASD Defendants' Motion to Dismiss (Doc. 35) by 14 days to July 28, 2022. The undersigned counsel has consulted with counsel of record for Plaintiffs and has been informed that they do not object to the requested extension.

Page 1 of 3

Milne v. Gaden, et al.　　　　　　　　　　　　　　　　　RCASD Defendants' Mtn to
22-CV-5017-LLP　　　　　　　　　　　　　　　　　　　Extend Reply Brief Deadline

Dated this 13th day of July, 2022.

                            BANGS, MCCULLEN, BUTLER,
                            FOYE & SIMMONS, L.L.P.

                    BY: */s/ Michael M. Hickey*
                            MICHAEL M. HICKEY
                            SARAH BARON HOUY
                            333 West Boulevard, Suite 400
                            P.O. Box 2670
                            Rapid City, SD  57709-2670
                            (605) 343-1040
                            mhickey@bangsmccullen.com
                            sbaronhouy@bangmccullen.com
                            ***ATTORNEYS FOR RCASD DEFENDANTS***

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 13, 2022, he caused a true and correct copy of the above to be served upon the person identified below as follows:

    [ ]    First Class Mail    [ ]    Overnight Mail

    [ ]    Hand Delivery    [ ]    Facsimile

    [ ]    Electronic Mail    [X]    ECF System

Steven C. Beardsley / Conor P. Casey / Elliot J. Bloom
BEARDSLEY, JENSEN & LEE, PROF. LLC
4200 Beach Drive, Suite 3
PO Box 9579
Rapid City, SD 57709
sbeards@blackhillslaw.com
ccasey@blackhillslaw.com
ebloom@blackhillslaw.com
*ATTORNEYS FOR PLAINTIFFS*

Robert B. Anderson / Justin L. Bell
MAY, ADAM, GERDES & THOMPSON LLP
503 South Pierre Street
Pierre, South Dakota 57501-0160
rba@mayadam.net
jlb@mayadam.net
*ATTORNEYS FOR DEFENDANT DOE*

                    */s/ Michael M. Hickey*
                    MICHAEL M. HICKEY